ACCEPTED
04-15-00278-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/22/2015 8:44:57 AM
KEITH HOTTLE
CLERK

## IN THE COURT OF APPEALS
## FOURTH COURT OF APPEALS DISTRICT OF TEXAS

**SIDNEY R. DENBINA**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/22/15 8:44:57 AM
KEITH HOTTLE
Clerk

**VS.**                                    **NO. 04-15-00278-CR**

**STATE OF TEXAS**

### NOTICE OF ERRATA IN APPELLANT'S RESPONSE

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant, Sidney R. Denbina, and respectfully advises the Court of a misspelling in his First Motion to Extend Time to File Brief filed herein on September 21, 2015.

Counsel inadvertently misspelled Appellant's last name in the motion. His correct last name is Denbina, not Dembina.

WHEREFORE, the Appellant requests this Court to substitute the corrections, as they appear in this notice, for the erroneous portions of Appellant's Motion.

Respectfully submitted,

*/s/ Michael D. Robbins*
MICHAEL D. ROBBINS
Assistant Public Defender

Paul Elizondo Tower
101 W. Nueva St., Suite 370
San Antonio, Texas 78205
(210) 335-0701

FAX (210) 335-0707
mrobbins@bexar.org
Bar No. 16984600
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing notice has been delivered by email to the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; on September 22, 2015.

/s/ *Michael D. Robbins*
MICHAEL D. ROBBINS
Assistant Public Defender